■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNNIE B. BROWN, JR., Appellant. (Appeal No. 2.) [697 NYS2d 892] —Judgment unanimously affirmed. Memorandum: County Court properly permitted a police investigator to testify that defendant possessed a silver .380 caliber handgun four days before the attempted robbery and murder. In view of the evidence that one of the participants in the crime carried a silver .380 caliber handgun, that testimony was admissible to establish defendant's identity (*see, People v Jackson,* 237 AD2d 620, *lv denied* 90 NY2d 894; *People v Sheriff,* 234 AD2d 894, *lv denied* 90 NY2d 910; *People v Chamberlain,* 96 AD2d 959, 960). The sentence is neither unduly harsh nor severe. (Appeal from

Judgment of Monroe County Court, Connell, J.—Murder, 2nd Degree.) Present—Denman, P. J., Green, Pine, Scudder and Callahan, JJ.